(130 So. 926)

### Frank THAMES v. STATE.
### 4 Div. 701.

Court of Appeals of Alabama.
Nov. 11, 1930.

RICE, J.
Appeal dismissed.

(137 So. 926)

### John THAMES and Victor Ballad v. STATE.
### 4 Div. 811.

Court of Appeals of Alabama.
Nov. 17, 1931.

Harry Adams, of Enterprise, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Defendants were indicted on a charge of grand larceny and on their trial convicted of petit larceny, and they appeal.

The record in this case has been read, and, after considering the whole record, we do not find any error affecting the substantial rights of the defendants to their prejudice and the judgment is affirmed.

Affirmed.

(131 So. 927)

### Cleveland THOMAS v. STATE.
### 2 Div. 410.

Court of Appeals of Alabama.
Nov. 5, 1930.

See, also, post, p. 690, 131 So. 927.

SAMFORD, J.
Appeal dismissed.

(131 So. 927)

### Cleveland THOMAS v. STATE.
### 2 Div. 412.

Court of Appeals of Alabama.
Nov. 5, 1930.

See, also, ante, p. 690, 131 So. 927.

RICE, J.
Appeal dismissed.

(134 So. 926)

### E. C. THOMAS v. STATE.
### 8 Div. 314.

Court of Appeals of Alabama.
May 26, 1931.

SAMFORD, J.
Affirmed.

(131 So. 926)

### Emmett THOMAS v. STATE.
### 5 Div. 803.

Court of Appeals of Alabama.
Nov. 25, 1930.

SAMFORD, J.
Appeal dismissed.

(134 So. 925)

### Marion THOMAS v. STATE.
### 8 Div. 290.

Court of Appeals of Alabama.
May 26, 1931.

BRICKEN, P. J.
Affirmed.